**IN RE A.R.D.**

[364 N.C. 596 (2010)]

IN THE MATTER OF A.R.D.

No. 303A10

(Filed 20 December 2010)

Appeal pursuant to N.C.G.S. § 7A-30(2) from the decision of a divided panel of the Court of Appeals, —— N.C. App. ——, 694 S.E.2d 508 (2010), affirming orders entered on 26 June 2009 and 25 August 2009, both by Judge Mitchell McLean in District Court, Alleghany County. Heard in the Supreme Court 15 November 2010.

*James N. Freeman, Jr. for petitioner-appellee Alleghany County Department of Social Services.*

*Pamela Newell, GAL Appellate Counsel, for appellee Guardian ad Litem.*

*Susan J. Hall for respondent-appellant mother.*

PER CURIAM.

AFFIRMED.